896

No. 280.  PHILLIPS PETROLEUM CO. *v.* WISCONSIN ET AL.;

No. 281.  TEXAS ET AL. *v.* WISCONSIN ET AL.; and

No. 418.  FEDERAL POWER COMMISSION *v.* WISCONSIN ET AL.  United States Court of Appeals for the District of Columbia Circuit.  Certiorari denied.  *Rayburn L. Foster, Harry D. Turner* and *Hugh B. Cox* for petitioner in No. 280.  *John Ben Shepperd,* Attorney General, and *Charles E. Crenshaw,* Special Assistant Attorney General, for the State of Texas et al., *Mac Q. Williamson,* Attorney General, for the Corporation Commission of Oklahoma, and *Richard H. Robinson,* Attorney General, *George A. Graham,* Special Assistant Attorney General, and *L. C. White* for the State of New Mexico et al., petitioners in No. 281.  *Acting Solicitor General Stern* and *Willard W. Gatchell* for petitioner in No. 418.  *Vernon W. Thomson,* Attorney General, and *Stewart G. Honeck,* Deputy Attorney General, for the State of Wisconsin, *William E. Torkelson* for the Public Service Commission of Wisconsin, *David M. Proctor* and *Jerome M. Joffee* for Kansas City, Missouri, *James H. Lee* for Detroit, Michigan, and *Walter J. Mattison* and *Harry G. Slater* for Milwaukee, Wisconsin, respondents.  Reported below: 92 U. S. App. D. C. 284, 205 F. 2d 706.

No. 319.  DENVER & RIO GRANDE WESTERN RAILROAD CO. *v.* WHEAT.  Supreme Court of Utah.  Certiorari denied.  *Dennis McCarthy* for petitioner.  *Calvin W. Rawlings* for respondent.

No. 329.  T. W. JONES GRAIN CO. *v.* NEBRASKA.  Supreme Court of Nebraska.  Certiorari denied.  *Charles M. Bosley* for petitioner.  *Clarence S. Beck,* Attorney

General of Nebraska, and *Dean G. Kratz,* Assistant Attorney General, for respondent.

No. 344. ARBULICH *v.* ARBULICH. Supreme Court of California. Certiorari denied. *Lawrence S. Lesser, Sidney H. Willner* and *Peter A. Schwabe* for petitioner. *Frank J. O'Brien* for respondent.

No. 373. HOXSEY CANCER CLINIC ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Roy St. Lewis* for petitioners. *Acting Solicitor General Stern* for the United States.

No. 377. BOURNE *v.* JONES. C. A. 5th Cir. Certiorari denied. *Hal H. McCaghren* for petitioner. *R. Bruce Jones* for respondent.

No. 378. FISHER, DOING BUSINESS AS FISHER PEN Co., *v.* DURKIN, SECRETARY OF LABOR. C. A. 7th Cir. Certiorari denied. Petitioner *pro se. Acting Solicitor General Stern, Bessie Margolin* and *Sylvia S. Ellison* for respondent.

No. 379. THE FLETERO ET AL. *v.* ARIAS. C. A. 4th Cir. Certiorari denied. *Hugh S. Meredith* for petitioners. *R. Arthur Jett* for respondent.

No. 387. GALLAGHER, ADMINISTRATRIX, ET AL. *v.* UNITED STATES LINES Co. ET AL. C. A. 2d Cir. Certiorari denied. *Philip F. Di Costanzo* for petitioners. *Raymond Parmer* and *Vernon Sims Jones* for the United States Lines Co.; and *Joseph Walker* for T. Hogan & Sons, Inc., respondents.